NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**SENJU PHARMACEUTICAL CO., LTD.,
KYORIN PHARMACEUTICAL CO., LTD.,
and ALLERGAN, INC.,**
*Plaintiffs-Appellants,*

**v.**

**APOTEX, INC. and APOTEX CORP.,**
*Defendants-Appellees.*

———————————

2012-1179

———————————

Appeal from the United States District Court for the District of Delaware in Case No. 07-CV-0779, Judge Sue L. Robinson.

———————————

**JUDGMENT**

———————————

RICHARD D. KELLY, Oblon, Spivak, McClelland, Maier, & Neustadt, L.L.P., of Alexandria, Virginia, argued for plaintiffs-appellants. With him on the brief were STEPHEN G. BAXTER, FRANK J. WEST, and TIA D. FENTON.

SCOTT B. FEDER, Locke Lord, LLP, of Chicago, Illinois, argued for defendants-appellees. With him on the brief were HUGH S. BALSAM, DAVID B. ABRAMOWITZ and PATRICK C. GALLAGHER; and ALAN B. CLEMENT, of New York, New York.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (BRYSON, DYK, and PROST, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 5, 2012      /s/ Jan Horbaly
Date          Jan Horbaly
           Clerk